













**Providers**

For UR Notification, Summary of Benefits and Claims Status, visit www.gpatpa.com or call 972.744.2486 or 866.206.3224.

UR Notification is required for Hospital Admission and Outpatient Surgery. Call HealthWatch/GPA within 48 hours following an admission or surgical procedure.

**Medical Claims Submission**

Mail Medical Claims to
EDI: Payor ID 48143
Mail: GPA
    PO Box 749075
    Dallas, TX 75374-9075

MultiPlan
Providers Only

www.multiplan.com



20160503B03 Sht: 0 Bin 2
JFUF Env [8,417] CSets 1 of 2

**Providers**

For UR Notification, Summary of Benefits and Claims Status, visit www.gpatpa.com or call 972.744.2486 or 866.206.3224.

UR Notification is required for Hospital Admission and Outpatient Surgery. Call HealthWatch/GPA within 48 hours following an admission or surgical procedure.

**Medical Claims Submission**

Mail Medical Claims to
EDI: Payor ID 48143
Mail: GPA
    PO Box 749075
    Dallas, TX 75374-9075

MultiPlan
Providers Only

www.multiplan.com

20160503B03 Sht: 0 Bin 2
JFUF Env [8,417] CSets 1 of 2







**Providers**

For UR Notification, Summary of Benefits and Claims Status, visit www.gpatpa.com or call 972.744.2486 or 866.208.3224.

UR Notification is required for Hospital Admission and Outpatient Surgery. Call HealthWatch/GPA within 48 hours following an admission or surgical procedure.

**Medical Claims Submission**

Mail Medical Claims to
EDI: Payor ID 48143
Mail: GPA
    PO Box 749075
    Dallas, TX 75374-9075

www.multiplan.com

2016032286B01 Sht: 0 Bin 2
J90E Env [7,344] CSets 1 of 1



**Providers**

For UR Notification, Summary of Benefits and Claims Status, visit www.gpatpa.com or call 972.744.2486 or 866.208.3224.

UR Notification is required for Hospital Admission and Outpatient Surgery. Call HealthWatch/GPA within 48 hours following an admission or surgical procedure.

**Medical Claims Submission**

Mail Medical Claims to
EDI: Payor ID 48143
Mail: GPA
    PO Box 749075
    Dallas, TX 75374-9075

www.multiplan.com

2016032286B01 Sht: 0 Bin 2
J90E Env [7,344] CSets 1 of 1

Claims Status and Benefit Information
visit www.gpatpa.com or
972.238.7900 or 800.527.7223





Claims Status and Benefit Information
visit www.gpatpa.com or
972.238.7900 or 800.527.7223





**Providers**

For UR Notification, Summary of Benefits and Claims Status, visit www.gpatpa.com or call 972.744.2486 or 866.206.3224.

UR Notification is required for Hospital Admission and Outpatient Surgery. Call HealthWatch/GPA within 48 hours following an admission or surgical procedure.

**Medical Claims Submission**

Mail Medical Claims to
EDI: Payor ID 48143
Mail: GPA
    PO Box 749075
    Dallas, TX 75374-9075

www.multiplan.com

MultiPlan

201603322B01 Sht: 0 Bin 2
J90E Env [7,346] CSets 1 of 1

**Providers**

For UR Notification, Summary of Benefits and Claims Status, visit www.gpatpa.com or call 972.744.2486 or 866.206.3224.

UR Notification is required for Hospital Admission and Outpatient Surgery. Call HealthWatch/GPA within 48 hours following an admission or surgical procedure.

**Medical Claims Submission**

Mail Medical Claims to
EDI: Payor ID 48143
Mail: GPA
    PO Box 749075
    Dallas, TX 75374-9075

www.multiplan.com

MultiPlan

201603322B01 Sht: 0 Bin 2
J90E Env [7,346] CSets 1 of 1







**Providers**

For UR Notification, Summary of Benefits and Claims Status, visit www.gpalpa.com or call 972.744.2486 or 866.208.3224.

UR Notification is required for Hospital Admission and Outpatient Surgery. Call HealthWatch/GPA within 48 hours following an admission or surgical procedure.

**Medical Claims Submission**

Mail Medical Claims to
EDI: Payor ID 48143
Mail: GPA
    PO Box 749075
    Dallas, TX 75374-9075

www.multiplan.com   MultiPlan   Practioner Only



2016042TB01 Sht: 0 Bin 2
JB86 Env [5,804] CSets 1 of 2

---

**Providers**

For UR Notification, Summary of Benefits and Claims Status, visit www.gpalpa.com or call 972.744.2486 or 866.208.3224.

UR Notification is required for Hospital Admission and Outpatient Surgery. Call HealthWatch/GPA within 48 hours following an admission or surgical procedure.

**Medical Claims Submission**

Mail Medical Claims to
EDI: Payor ID 48143
Mail: GPA
    PO Box 749075
    Dallas, TX 75374-9075

www.multiplan.com   MultiPlan   Practioner Only

2016042TB01 Sht: 0 Bin 2
JB86 Env [5,804] CSets 1 of 2







**Providers**

For UR Notification, Summary of Benefits and Claims Status, visit www.gpalpa.com or call 972.744.2486 or 866.206.3224.

UR Notification is required for Hospital Admission and Outpatient Surgery. Call HealthWatch/GPA within 48 hours following an admission or surgical procedure.

**Medical Claims Submission**

Mail Medical Claims to
EDI: Payor ID 48143
Mail: GPA
　　　PO Box 749075
　　　Dallas, TX 75374-9075

www.multiplan.com

MultiPlan
Find how we help

201603322B01 Sht: 0 Bin 2
J90E Env [7,445] CSets 1 of 1

**Providers**

For UR Notification, Summary of Benefits and Claims Status, visit www.gpalpa.com or call 972.744.2486 or 866.206.3224.

UR Notification is required for Hospital Admission and Outpatient Surgery. Call HealthWatch/GPA within 48 hours following an admission or surgical procedure.

**Medical Claims Submission**

Mail Medical Claims to
EDI: Payor ID 48143
Mail: GPA
　　　PO Box 749075
　　　Dallas, TX 75374-9075

www.multiplan.com

MultiPlan
Find how we help

201603322B01 Sht: 0 Bin 2
J90E Env [7,445] CSets 1 of 1











20151218B02 Sh: 0  Bin 1
J739 Env [7,094] CSets 1 of 1



20151521188D02 Sh:0 Bin 1
J739 Env [7,094] CSets 1 of 1

**Providers**

For UR Notification, Summary of Benefits
and Claims Status, visit www.pgaba.com
or call 972-744-2486 or 866.228.3224.

UR notification is required for Hospital
Admissions and Outpatient Surgery within
48 hours following and admission or
procedure.

**Medical Claims Submission**

Mail Medical Claims to
EDI Payor ID 49143
Mail GPA
P.O. Box 746075
Dallas, TX 75374-9075

www.multiplan.com

MultiPlan
PHCS

Claims Status and Benefit Information
Visit www.gpalpe.com or
972.238.7900 or 890.827.7223

**Member**



MarineMax
Services, Inc.

Group #:  H870879

Member:  L     M

Member ID:

**Medical Plan**

PHCS
PractitionerOnly
www.multiplan.com
877.312.7417

OneCallCare

For AR, CT & PET Scans
Call OCC at 866.436.9745

Medical Copays:
Office Visit - $35 PCP / $50 Specialist / Urgent Care - $75
One Call Care - $100

**Pharmacy Plan**

RxBIN:  610014
RxGRP:  35242RX

EXPRESS SCRIPTS

Express-Scripts.com
PATIENT CUSTOMER SERVICE: 800.334.8134
Pharmacist Use Only: 800.922.1557

**Nurse Navigator**

Contact Nurse Navigator at (800) 643-6765 Option 1
for help understanding your options or scheduling any
procedures.
www.nursenavigator.com

20160412B01 Sh: 0 Bin 2
J407 Env [4,828] CSets 1 of 2

Claims Status and Benefit Information
Visit www.gpalpe.com or
972.238.7900 or 890.827.7223

**Member**



MarineMax
Services, Inc.

Group #:  H870879

Member:  L     M

Member ID:

Dependent:  3

**Medical Plan**

PHCS
PractitionerOnly
www.multiplan.com
877.312.7417

OneCallCare

For AR, CT & PET Scans
Call OCC at 866.436.9745

Medical Copays:
Office Visit - $35 PCP / $50 Specialist / Urgent Care - $75
One Call Care - $100

**Pharmacy Plan**

RxBIN:  610014
RxGRP:  35242RX

EXPRESS SCRIPTS

Express-Scripts.com
PATIENT CUSTOMER SERVICE: 800.334.8134
Pharmacist Use Only: 800.922.1557

**Nurse Navigator**

Contact Nurse Navigator at (800) 643-6765 Option 1
for help understanding your options or scheduling any
procedures.
www.nursenavigator.com

20160412B01 Sh: 0 Bin 2
J407 Env [4,828] CSets 1 of 2



**Providers**

For UR Notification, Summary of Benefits and Claims Status, visit www.gpatpa.com or call 972.744.2496 or 866.206.3224.

UR Notification is required for Hospital Admission and Outpatient Surgery. Call HealthWatch/GPA within 48 hours following an admission or surgical procedure.

**Medical Claims Submission**

Mail Medical Claims to
EDI Payor ID 48143
Mail: GPA
  PO Box 749075
  Dallas, TX 75374-9075

www.multiplan.com

**MultiPlan**
Processor Only

20160412B01 Sht: 0 Bin 2
J407 Env [4,628] CSets 1 of 2

**Providers**

For UR Notification, Summary of Benefits and Claims Status, visit www.gpatpa.com or call 972.744.2496 or 866.206.3224.

UR Notification is required for Hospital Admission and Outpatient Surgery. Call HealthWatch/GPA within 48 hours following an admission or surgical procedure.

**Medical Claims Submission**

Mail Medical Claims to
EDI Payor ID 48143
Mail: GPA
  PO Box 749075
  Dallas, TX 75374-9075

www.multiplan.com

**MultiPlan**
Processor Only

20160412B01 Sht: 0 Bin 2
J407 Env [4,628] CSets 1 of 2





**Providers**

For UR Notification, Summary of Benefits and Claims Status, visit www.gpatpa.com or call 972.744.2486 or 866.200.3224.

UR Notification is required for Hospital Admission and Outpatient Surgery. Call HealthWatch/GPA within 48 hours following an admission or surgical procedure.

**Medical Claims Submission**

Mail Medical Claims to
EDI: Payor ID 48143
Mail: GPA
　　　PO Box 749075
　　　Dallas, TX 75374-9075

www.multiplan.com   MultiPlan Practitioner Only

20160412B01 Sht: 0 Bin 2
J407 Env [4,765] CSets 1 of 2



**Providers**

For UR Notification, Summary of Benefits and Claims Status, visit www.gpatpa.com or call 972.744.2486 or 866.205.3224.

UR Notification is required for Hospital Admission and Outpatient Surgery. Call HealthWatch/GPA within 48 hours following an admission or surgical procedure.

**Medical Claims Submission**

Mail Medical Claims to
EDI: Payor ID 48143
Mail: GPA
　　　PO Box 749075
　　　Dallas, TX 75374-9075

www.multiplan.com   MultiPlan Practitioner Only

20160412B01 Sht: 0 Bin 2
J407 Env [4,765] CSets 1 of 2







**Providers**

For UR Notification, Summary of Benefits and Claims Status, visit www.gpaipa.com or call 972.744.2486 or 866.206.3224.

UR Notification is required for Hospital Admission and Outpatient Surgery. Call HealthWatch/GPA within 48 hours following an admission or surgical procedure.

**Claims Submission**

Mail Medical/Dental Claims to
EDI: Payor ID 48143
Mail: GPA
    PO Box 749075
    Dallas, TX 75374-9075

www.multiplan.com

MultiPlan



2016010GB01 Shr 0 Bin 2
J08C Env [7,104] CSets 1 of 1

**Providers**

For UR Notification, Summary of Benefits and Claims Status, visit www.gpaipa.com or call 972.744.2486 or 866.206.3224.

UR Notification is required for Hospital Admission and Outpatient Surgery. Call HealthWatch/GPA within 48 hours following an admission or surgical procedure.

**Claims Submission**

Mail Medical/Dental Claims to
EDI: Payor ID 48143
Mail: GPA
    PO Box 749075
    Dallas, TX 75374-9075

www.multiplan.com

MultiPlan

2016010GB01 Shr 0 Bin 2
J08C Env [7,104] CSets 1 of 1

Claims Status and Benefit Information
visit www.gpaipa.com or
972.238.7900 or 800.827.7223

**Member**

AHF

Group #: H870803

Member: L  A

Member ID:

Plan:    EPO Plan
GABRIEL ARCE
KARINA ARCE
KASANDRA ARCE
GABRIEL ARCE

**Medical Plan**

 PHCS

For MRI, CT & PET Scans
Call OCC at 649.456.8746

Copays: Office Visit $25 (PCP) - $40 (Specialist)
Urgent Care $40 / ER $200 / PT, ST, OT $25
Chemo, Dialysis, Radiation $40

**Pharmacy Plan**

Rx BIN: 009693
Rx PCN: ROIRX

ENVISIONRX OPTIONS

www.EnvisionRx.com
Pharmacy Help Desk
800.361.4542

20150805B01 Sh: 0  Bin 2
JE17 Env [2,153] CSets 2 of 2



---

Claims Status and Benefit Information
visit www.gpaipa.com or
972.238.7900 or 800.827.7223

**Member**

AHF

Group #: H870803

Member: L  A

Member ID:

Plan:    EPO Plan
GABRIEL ARCE
KARINA ARCE
KASANDRA ARCE
GABRIEL ARCE

**Medical Plan**

PHCS

For MRI, CT & PET Scans
Call OCC at 649.456.8746

Copays: Office Visit $25 (PCP) - $40 (Specialist)
Urgent Care $40 / ER $200 / PT, ST, OT $25
Chemo, Dialysis, Radiation $40

**Pharmacy Plan**

Rx BIN: 009693
Rx PCN: ROIRX

ENVISIONRX OPTIONS

www.EnvisionRx.com
Pharmacy Help Desk
800.361.4542

20150805B01 Sh: 0  Bin 2
JE17 Env [2,153] CSets 2 of 2





**Providers**

For UR Notification, Summary of Benefits and Claims Status, visit www.gpatpa.com or call 972.744.2486 or 866.206.3224.

UR Notification is required for Hospital Admission and Outpatient Surgery within 48 hours following an admission or procedure.

Plan Participant
Nurse Navigator:
Call Nurse Navigator at 800.843.6705 Option 1 for help understanding your options of scheduling any procedures

**Medical Claims Submission**

Mail Medical Claims to
EDI: Payor ID 48143
Mail: GPA
    PO Box 749075
    Dallas, TX 75374-9075

www.multiplan.com    MultiPlan

20150805B01 Shr 0 Bin 2
JE17 Env [2,153] CSets 2 of 2





**Providers**

For UR Notification, Summary of Benefits and Claims Status, visit www.gpatpa.com or call 972.744.2486 or 866.206.3224.

UR Notification is required for Hospital Admission and Outpatient Surgery within 48 hours following an admission or procedure.

Plan Participant
Nurse Navigator:
Call Nurse Navigator at 800.843.6705 Option 1 for help understanding your options of scheduling any procedures

**Medical Claims Submission**

Mail Medical Claims to
EDI: Payor ID 48143
Mail: GPA
    PO Box 749075
    Dallas, TX 75374-9075

www.multiplan.com    MultiPlan

20150805B01 Shr 0 Bin 2
JE17 Env [2,153] CSets 2 of 2