UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA, MIAMI DIVISION

Case No.: Case No.: 1:18-cv-21618-DPG

HOMESTEAD HOSPITAL, INC., WEST
KENDALL BAPTIST HOSPITAL, INC.,
BAPTIST HOSPITAL OF MIAMI, INC.,
SOUTH MIAMI HOSPITAL, INC., BHS
AMBULATORY SURGERY CENTER AT
BAPTIST, LTD. D/B/A MEDICAL ARTS
SURGERY CENTER,

    Plaintiffs,

v.

GROUP & PENSION ADMINISTRATORS, INC.,

    Defendant.
_____ /

**DEFENDANT GROUP & PENSION ADMINISTRATORS, INC.'S
NOTIFICATION OF NINETY DAYS EXPIRED**

Pursuant to S.D. Fla. L.R. 7.1(b)(4), Defendant Group & Pension Administrators, Inc. ("GPA" or "Defendant"), by and through its undersigned counsel, hereby provides notification that the following motion has been pending and fully briefed with no hearing set thereon for a period of ninety (90) days:

    (i)    Defendant's Motion to Dismiss Pursuant to F.R.C.P. Rule 12(b)(6) and Memorandum of Law [D.E. 3], filed and served on April 24, 2018.

    (ii)    Plaintiffs' Response in Opposition to Motion to Dismiss [D.E. 6], was filed and served on May 8, 2018.

    (iii)    Defendant's Reply Memorandum in Support of Motion to Dismiss Pursuant to F.R.C.P. Rule 12(b)(6) [D.E. 14], was filed and served on May 25, 2018.

    (iv)    No hearing has been set on this motion.

Dated: January 4, 2019

Respectfully submitted,

LEVINE KELLOGG LEHMAN SCHNEIDER + GROSSMAN LLP
201 S. Biscayne Boulevard
22nd Floor
Miami, FL  33131
Telephone: (305) 403-8788
Facsimile: (305) 403-8789

By: */s/ Jezabel P. Lima*
JEZABEL P. LIMA
Florida Bar No. 519431
Primary E-mail: jl@lklsg.com
Secondary E-mail: ah@lklsg.com

and

FISHERBROYLES, LLP
Amy M. Hoffman
Florida Bar No. 35928
Primary E-mail: amy.hoffman@fisherbroyles.com
945 East Paces Ferry Road, Suite 2000
Atlanta, GA 30326
Phone and Fax: 404-480-5244

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 4, 2019, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: */s/ Jezabel P. Lima*
JEZABEL P. LIMA

## SERVICE LIST

2

**LEVINE KELLOGG LEHMAN SCHNEIDER + GROSSMAN LLP**
201 South Biscayne Boulevard, 22nd Floor, Miami Center, Miami, Florida 33131 · Main: 305.403.8788 · Fax: 305.403.8789

ISICOFF, RAGATZ & KOENIGSBERG
Eric D. Isicoff
isicoff@irlaw.com
Matthew L. Lines
lines@irlaw.com
601 Brickell Key Drive, Suite 750
Miami, FL 33131
Tel: 305-373-3232
Fax: 305-373-3233

*Attorneys for Plaintiff*

Amy M. Hoffman
FISHERBROYLES, LLP
945 East Paces Ferry Road, Suite 2000
Atlanta, GA 30326
Phone and Fax: 404-480-5244
amy.hoffman@fisherbroyles.com

*Co-counsel for Defendant*

3

**LEVINE KELLOGG LEHMAN SCHNEIDER + GROSSMAN LLP**
201 South Biscayne Boulevard, 22nd Floor, Miami Center, Miami, Florida 33131 · Main: 305.403.8788 · Fax: 305.403.8789