# EXHIBIT “A”

## MEMORANDUM OF AGREEMENT

**THIS MEMORANDUM OF AGREEMENT** ("Memorandum") is made and entered into as of the 1st day of January, 2010 (the "Effective Date") by and between MultiPlan, Inc. ( "MPI") and Baptist Health South Florida, Inc. on behalf of itself and its affiliates (hereinafter individually and collectively "Hospital").

**WHEREAS**, MPI and Hospital desire to enter into this Memorandum to govern the provision of Hospital Services to Participants.

**NOW THEREFORE**, in consideration of the premises and mutual covenants herein contained and other good and valuable consideration, it is mutually covenanted and agreed by and among the parties as follows:

### I. Definitions

A. Authorized Logo(s) means the names and logos indicated on Exhibit B, entitled "Authorized Logos."

B. Billed Charges means the fees for specified items or services as reflected on Hospital's chargemaster, or equivalent document, at the time the item or service is provided.

C. Clean Claim means a UB-04 or CMS 1500, as applicable, or any successor form, which has been completed by inserting the following data elements, as applicable: patient name and identification number, date of service(s), diagnosis, description of services, procedure code, charges, provider name and/or identification number for inpatient or outpatient services and any other additional data elements, set forth with specificity, as may be included in any state or federal statutory or regulatory definition of a clean claim, in the context of payments by Clients to a Hospital provider of services.

D. Client means any corporation, partnership, labor union, association, program, employer or any other entity responsible for the payment of Covered Services entitled to access the Contract Rate under this Memorandum.

E. Covered Services means health care items and services for which a Client is responsible for payment pursuant to the terms of a Health Benefit Program.

F. Contract Rate means the rates set forth in Exhibit A.

G. Health Benefit Program means any contract, insurance policy, plan or program under which Participants are eligible to receive Covered Services.

H. Hospital Services mean those inpatient and outpatient hospital and physician services, which from time to time are offered or provided by Hospital.

I. Network means an arrangement created or maintained by MPI, or one of its subsidiaries, under which Network Providers have agreed to accept negotiated rates of payment for Covered Services provided to Participants.

J. Network Provider means a licensed facility or licensed, registered, or certified health care professional that has entered into a contract, directly or indirectly, to participate in the Network.

K.  Participant means any individual and/or dependent eligible under a Client's Health Benefit Program that provides access to the Network.

L.  Silent PPO means any situation where MPI or its agent, without the prior written consent of Hospital, has apprised a third party whose insureds are not Participants (i.e. not a Client as defined in this Memorandum) of the discounts available under this Memorandum, thus enabling such third party to wrongfully have access to Contracted Rates when such rates would otherwise not apply to the services rendered to the person insured by such third party.

## II.  Compensation

Hospital shall seek payment for Covered Services from the responsible Client under the Health Benefit Program applicable to the Participant. Payment on all Clean Claims shall be based on Billed Charges; provided, however, if payment is received by Hospital within thirty (30) days of Client's receipt of that Clean Claim, Hospital shall accept the applicable Contract Rate as payment in full. For the avoidance of doubt, any Clean Claim not paid by Client within thirty (30) days of Client's receipt thereof shall be paid at the Billed Charges set forth on the Clean Claim. Payment by the Client shall be net of any applicable copayments, coinsurance or deductible amounts. Information regarding copayment, coinsurance and deductibles will be furnished by Client to Hospital upon request. A claim shall be deemed received by the Client ten (10) days after Hospital's mailing by U.S. Postal Service, the same day if delivered by courier or the next business day if delivered by overnight delivery service or electronic claims submission. Hospital may seek payment for Covered Services from other sources in accordance with the applicable coordination of benefit provisions as set forth by the applicable Florida statute.

With respect to emergency services, no prior approval or preauthorization shall be necessary and all Hospital Services rendered in connection with a medical emergency will be paid in accordance with the terms of this Memorandum. No Client shall deny or withhold payment for any Covered Services rendered to a Participant in a medical emergency if such items or services were medically necessary based upon the circumstances that existed at the time of the emergency, as determined by either (i) the Hospital's emergency department physicians or (ii) a prudent lay person.

With respect to elective outpatient services and inpatient admissions, Client shall not (i) reduce any payment due to Hospital for services rendered pursuant to this Memorandum or (ii) retrospectively deny any Hospital Services for which Hospital was provided an authorization if at the time of authorization the Client did not know, and with the exercise of reasonable care could not have known, that the service was not a Covered Service or that a pre-existing condition existed.

Hospital agrees to seek payment from Participants only with respect to: (i) items and services that are not Covered Services based on that Participant's Health Benefit Program, (ii) copayments, coinsurance, and deductibles, (iii) following the issuance of a Termination of Coverage Notice as provided for in Article VI and (iv) Billed Charges for which payment is not received by Hospital within six (6) months of Client's receipt of the original Clean Claim.

## III.  Listing of Clients and Network Provider

MPI will provide to Hospital a list of the Clients that have purchased the Network ("Client Listing") no less frequently than quarterly or more often upon request by Hospital. Exhibit D is a Client listing as of the Effective Date.

MPI shall provide Clients an updated and accurate Internet accessible database showing all Network Providers including each entity listed on Exhibit C which may be updated from time to time by Hospital. MPI will make reasonable efforts to encourage Clients to provide incentives for Participants use of Network Providers, consistent with each Client's Health Benefit Program.

## IV. Eligibility Verification and Enrollment Cards

MPI will require each Client to furnish Participants with a printed enrollment card for the purpose of identifying themselves to Hospital as a Participant, which card shall include at a minimum the following information: either MPI's name or the applicable Authorized Logo and a toll-free telephone number through which eligibility and benefits can be confirmed and authorizations, if required, obtained. MPI will require each Client to use its best efforts to provide the most current eligibility information available on the day of inquiry by Hospital for those Participants for whom Client maintains eligibility information.

## V. Licensure and Insurance

Hospital and MPI shall each maintain all licenses and insurance as required by the State of Florida and any other state in which they operate.

## VI. Participating Professionals

MPI, in its sole discretion, will designate those health care professionals who satisfy the credentialing criteria of MPI (each a "Participating Professional"). MPI reserves the right to recredential any Participating Professional. MPI, in its sole discretion, may terminate any Participating Professional upon at least ninety (90) days written notice. Except for physicians employed by Hospital, no other Hospital employees who render Covered Services to Participants shall be deemed Participating Professionals for purposes of this Article VI.

Participating Professionals possess, and will maintain in good standing, all licenses, registrations, certifications, and accreditations required by law to render health care services in the State of Florida.

Hospital will submit to MPI such information as MPI reasonably request (i) to credential and re-credential of each employed physician applying for participation in the Network. With respect to each employed physician who is a Participating Professional, Hospital will provide MPI with non-privileged, non-confidential information reasonable necessary for the purposes of complaint resolution, utilization management, and for provider listings.

Participating Professional shall be covered by professional liability insurance and comprehensive general liability insurance (including plans of self insurance) as and to the extent required by the laws of the State of Florida.

## VII. Overpayments and Underpayments

In the event of any alleged overpayment or underpayment by a Client, the Client or Hospital, as applicable, shall notify the other in writing of the overpayment or underpayment, as the case may be, and the following shall apply: (i) the party having allegedly received the overpayment shall pay back to the to the other party the amount of the overpayment which is undisputed (or the entire amount of the overpayment if it is not disputed) within forty five (45) days of the notice of overpayment from the paying party; (ii) the party who allegedly made the underpayment shall pay to the party claiming the underpayment the amount of the underpayment which is undisputed (or the entire amount of the underpayment if it is not disputed) within forty five (45) days of the

notice of underpayment from the underpaid party. Client shall not have the right to offset payments Client may owe Hospital from amounts allegedly owed Client by Hospital.

## VIII. Term and Termination

A. Term. The term of this Memorandum (the "Term") shall commence on the Effective Date and shall continue in force for one (1) year from the Effective Date. Thereafter, this Memorandum shall be renewed for additional (1) one-year periods under the same terms and conditions unless a change in such terms and conditions is otherwise requested and agreed to in writing by the parties.

B. Termination by Either Party. Either party may terminate this Memorandum:

1. at anytime for any reason or no reason by giving the other party no less than ninety (90) days prior written notice of such termination; or
2. immediately upon the giving of notice based on the failure of the other party to maintain required licenses and insurance as set forth in Article V.

C. Termination by Hospital. Hospital may terminate:

1. one or more individual Clients at anytime, without terminating this Memorandum in its entirety, for any reason or no reason by giving MPI thirty (30) days prior written notice of such termination; or
2. this Memorandum in its entirety, upon twenty (30) days to MPI, in the event of a breach of Article XV (Silent PPO).

## IX. Coordination of Benefits

Except as otherwise required by law, if Client is other than primary under the coordination of benefits rules, Hospital will accept from Client as payment in full for Covered Services, the amount of the Participant's out-of-pocket costs under the primary plan (i.e., Co-payment, Deductible, and/or Co-insurance, if any) to the extent applicable under the Participant's Health Benefit Program. Hospital will reasonably cooperate with MPI and/or Client in providing information with respect to other entities providing primary medical coverage or otherwise having payment responsibility for services rendered to Participants, and in all other matters relating to proper coordination of benefits.

## X. Dispute Resolution: General

In the event that Hospital cannot resolve a dispute with a Client, or Hospital has a question or grievance regarding its rights or obligations under this Memorandum, Hospital shall either:

(a) Call MPI's Service Operations Department, or

(b) Provide MPI with written notice specifying the nature of the dispute. Such notice to MPI shall be in writing and delivered by certified mail/return receipt requested, or by overnight delivery, to:

MultiPlan, Inc.
Service Operations Department
1100 Winter Street
Waltham, MA 02451

Within thirty (30) days of receipt of such notice, the parties will assign the appropriate level of management and staff members who will initiate discussions to seek resolution of the dispute, consistent with the terms of this Memorandum. If the parties are unable to reach resolution within the initial thirty (30) day period, then designees of senior management from each party will have an additional thirty (30) days to resolve the dispute. This additional thirty (30) days time period may be extended by mutual written agreement of the parties. The parties, as mutually agreed to in writing, may include a mediator in such discussions. Neither party shall institute any legal action or proceeding during the initial thirty (30) days time period or the additional thirty (30) days time period or during an extended time period as mutually agreed to in writing until expiration of such agreed upon time periods. Nothing in this Article X shall effect the rights of the parties under Article VIII (Term and Termination).

**XI. On-Site-Review.**

Subject to any applicable legal restrictions, and upon at least ten (10) days prior written notice, Hospital will permit and arrange for MPI and/or Client to conduct on-site reviews. Such on-site reviews shall be conducted by employees of MPI or Client, as applicable (i.e. no third party contractors will be allowed to conduct such reviews) not unreasonably interfere with Hospital's business and will be conducted during normal business hours, 9:00 AM to 5:00 PM, Monday through Friday. The prior written notice must state with specificity the nature of the on-site review to be conducted. Except as set forth in the notice, no other review of any kind or nature shall be permitted.

**XII. Notice.**

Any notice required hereunder shall be in writing and shall be sent by national overnight delivery service (such as Federal Express), or sent by U.S. certified mail, return receipt requested, to the following addresses:

**If to Hospital:**
Baptist Health South Florida, Inc.
Suite 600
6855 Red Road
Coral Gables, FL 33143
Attn.: Corporate VP of Managed Care and
Network Development

**If to MPI:**
MultiPlan, Inc.
115 Fifth Avenue
New York, New York 10003-1004
Attn.: Office of the President and CEO

Such notice shall be deemed received (1) if sent by overnight delivery service, on the date of delivery specified by the documentation customarily maintained by such delivery service, and (2) if sent by U.S. certified mail, return receipt requested, on the date indicated on the return receipt.

**XIII. Continued Care of Participants**

Upon the termination or expiration of this Memorandum, Hospital agrees that it shall continue to provide Covered Services to Participants who are inpatients or undergoing active treatment at Hospital in accordance with the terms of this Memorandum until those Participants can be safely discharged or transferred to another provider, but in no event longer than one hundred and eighty (180) days following the termination or expiration of this Memorandum. Hospital shall continue to be compensated by Client for such Covered Services in accordance with the terms of this Memorandum during such period. Client shall cause any Participant who is an inpatient at the Hospital at the time of termination or expiration to be transferred to another facility no more than one hundred and eighty (180) days following the expiration or termination of this Memorandum.

## XIV. Steerage

Each health care facility of Hospital as identified in Exhibit C, to which as from time to time facilities may be added by Hospital, shall be included as a Network Provider according to the terms and conditions set forth in this Memorandum. Furthermore, neither MPI nor any Client shall interfere with Participants' rights to choose and obtain services from Hospital. Neither MPI nor any Client shall:

A. restrict, limit, influence or attempt to influence, steer or attempt to steer Participants away from Hospital, including without limitation by contracting with third party intermediaries to arrange for the provision of certain services to Participants, which services are covered under this Memorandum, or by imposing different or higher copayment, coinsurance, deductible or other payment obligations on the Participant depending on the Participant's choice of hospital, physician or free-standing entity; or

B. restrict, limit or terminate the participation with MPI of primary care or specialist physicians with privileges at each of the entities comprising the defined term "Hospital" to attempt to decrease or eliminate utilization by Participants of Hospital's services.

This provision shall not prohibit MPI from restricting, limiting, or terminating any primary care or specialist physician for any reason MPI deems appropriate so long as such restriction, limitation or termination is not for the purpose, directly or indirectly, of steering Participant elsewhere in violation of this section.

## XV. Silent PPO

MPI is not authorized to, and will not, function as a "Silent PPO."

## XVI. Miscellaneous

A. Nature of MPI's Business. MPI's duties are limited to those specifically set forth herein. MPI does not determine benefits eligibility for Participants and does not exercise any discretion or control as to Health Benefit Program assets, with respect to policy, payment, interpretation, practices, or procedures. MPI is not the administrator, insurer, underwriter, or guarantor of Health Benefits Programs, and MPI is not liable for the payment of services under Health Benefit Programs.

B. Authority to Bind. Each signatory to this Memorandum represents and warrants that he or she possesses all necessary capacity and authority to execute this Memorandum on behalf of the entity on whose behalf he or she is signing.

C. Client Agreements. MPI agrees that it has entered into agreements with Clients for the use of the Network. Each agreement between MPI and a Client will obligate the Client to comply with the terms of this Memorandum.

D. No Joint Liability. Each entity of Hospital is severally liable for its own actions or omissions. There shall be no joint liability between or among such entities.

E. Assignment. No party to this Memorandum may assign or transfer this Memorandum, either directly or by operation of law, without the specific written consent of the other party.

F.   Amendment. No party to this Memorandum may amend or modify this Memorandum except in writing mutually agreed upon by the parties or as otherwise indicated in this Memorandum.

G.   Confidentiality. MPI, Hospital and all Clients shall keep the terms of this Memorandum strictly confidential and shall not disclose to any other party the specific terms of this Memorandum.

H.   Records. Client shall have access to its Participants medical and billing records within fourteen (14) days from the date the written request from Client is made. If requested by Client, Hospital shall provide copies of such records at rates for paper records of $1.00 per page for the first 25 pages of each record and $0.25 per page thereafter of each record and for non paper records at Hospital's cost or such higher amounts as may be permitted by law.

I.   Recitals. The recitals to this Memorandum are true and correct and by reference made a part hereof.

J.   Independent Contractor. The relationship of the Hospital, MPI and Clients, is that of independent entities contracting with each other solely for the purpose of effecting the provisions of this Memorandum. Neither Hospital, MPI or any Client, nor any of their respective agents or employees, shall be construed to be the agent, employee or representative of the other. This Memorandum shall not be construed to create a partnership, joint venture, association, of like relationship between or among the Hospital, MPI and Clients.

K.   Wavier. The waiver by either party of a breach or violation of any provision of this Memorandum by the other party shall not operate as or be construed to be a waiver of any subsequent breach thereof.

L.   Compliance with Laws. Each party shall comply with all applicable state and federal statutes and regulations  relating to this Memorandum.


**[SIGNATURE PAGE FOLLOWS]**

**IN WITNESS WHEREOF**, this Memorandum has been entered into by the parties on the day, month and year first written above.

**MPI**

By: ______________________
Signature

Mark Tabak
Printed Name

President and CEO
Title

1-19-10
Date

**HOSPITAL**

By: ______________________
Signature

Eric D. Shitanof
Printed Name

Corporate VP
Title

12-18-09
Date

**EXHIBIT A**
**COMPENSATION**

**INPATIENT HOSPITAL SERVICES**
Services will be reimbursed for each applicable entity of Hospital a[redacted]f that Hospital's Billed Charges, less any co-payment, deductible, and/or co-insurance, if any, specified in the Participant's Benefit Program.

**OUTPATIENT HOSPITAL SERVICES**
Services will be reimbursed for each applicable entity of Hospital a[redacted]f that Hospital's Billed Charges, less any co-payment, deductible, and/or co-insurance, if any, specified in the Participant's Benefit Program.

**PHYSICIAN SERVICES**
Services will be reimbursed for each applicable entity of Hospital at[redacted]f that Hospital's Billed Charges, less any co-payment, deductible, and/or co-insurance, if any, specified in the Participant's Benefit Program.

REDACTED

**EXHIBIT B**

AUTHORIZED LOGOS

Clients of MultiPlan use the following logo on member ID cards:



These logos are being replaced starting Summer 2007 but still exist on member ID cards:

                    

You may also see the following logos, which are currently in the process of being phased out of the market:

                    

(primary PPO, CT/MA/RI)              (primary PPO, WI/MI/MN)

**REDACTED**

# EXHIBIT C
# ENTITIES OF HOSPITAL AS OF 10/09/09

**I.** **Baptist Hospital of Miami**
8900 North Kendall Drive
Miami, FL 33176
(786) 596-1960
TIN #

P.O. Box 025333
Miami, FL 33102-5333

- Baptist Medical Plaza at Palmetto Bay
  (Urgent Care)
  8750 S.W. 144th Street
  Miami, FL 33176
  **Urgent Care:** (305) 412-2929
  TIN #

  P.O. Box 025333
  Miami, FL 33102-5333

- Baptist Medical Plaza at Westchester
  (Urgent Care)
  8840 S.W. 40th Street, Suite 300
  Miami, FL 33165
  **Urgent Care:** (786) 596-3890
  Fax: (786) 596-3889
  TIN #

  P.O. Box 025333
  Miami, FL 33102-5333

- Baptist Medical Plaza at West Kendall
  (Urgent Care)
  13001 N. Kendall Drive
  Miami, FL 33186
  **Urgent Care:** (786) 596-3800
  Fax: (786) 596-3801
  Health Resource Center (786) 596-3812
  TIN #

  P.O. Box 025333
  Miami, FL 33102-5333

- Baptist Medical Plaza at Tamiami Trail
  (Urgent Care)
  14660 S.W. 8th Street, #100
  Miami, FL 33184
  **Urgent Care:** (786) 596-4100
  Fax: (786) 596-4101
  TIN #

  P.O. Box 025333
  Miami, FL 33102-5333

- Baptist Medical Plaza at Country Walk
  (Urgent Care)
  13500 S.W. 152 Street
  Miami, FL 33177
  TIN #

  P.O. Box 025333
  Miami, FL 33102-5333

**Exhibit C Continued** REDACTED

**II.** **Doctors Hospital**
5000 University Drive
Coral Gables, FL 33146
(305) 666-2111
TIN # [redacted] (SMH d/b/a Doctors Hospital) prior to 7/1/06
TIN # [redacted] (Doctors Hospital, Inc.) effective 7/1/06

P.O. Box 277520
Atlanta, GA 30384-7520

**III.** **South Miami Hospital**
6200 S.W. 73rd Street
South Miami, FL 33143
(786) 662-4000
TIN # [redacted]

P.O. Box 025615
Miami, FL 33102-5615

- Baptist Medical Plaza at Miami Lakes
  (Urgent Care)
  14701 NW 77th Avenue
  Miami Lakes, FL 33014
  **Urgent Care:** (786) 662-0700
  Fax: (786) 662-0702
  TIN # [redacted]

  P.O. Box 025615
  Miami, FL 33102-5615

- Baptist Medical Plaza at Beacon
  (Urgent Care)
  8301 N.W. 12th Street
  Miami, FL 33126
  **Urgent Care:** (786) 596-3860
  Fax: (786)596-3862
  TIN # [redacted]

  P.O. Box 025615
  Miami, FL 33102-5615

- Baptist Medical Plaza at Doral
  (Urgent Care)
  9915 N.W. 41 Street
  Miami, FL 33178
  **Urgent Care:** (786) 596-3830
  Fax: (786) 596-3829
  TIN # [redacted]

  P.O. Box 025615
  Miami, FL 33102-5615

- Baptist Medical Plaza at Coral Springs
  (Urgent Care)
  6264 W. Sample Rd
  Suite 100
  Coral Springs, FL 33067
  **Urgent Care**: (954) 837-1010
  Fax: (954) 837-1011
  TIN # [redacted]

  P.O. Box 025615
  Miami, FL 33102-5615

**IV.** **Homestead Hospital**
975 Baptist Way
Homestead, FL 33033
(786) 243-8000
TIN # [redacted]

P.O. Box 025440
Miami, FL 33102-5440

REDACTED

**Exhibit C Continued**

- Baptist Medical Plaza at Homestead
  975 Baptist Way
  Homestead, FL 33033
  TIN # [redacted]

  P.O. Box 025440
  Miami, FL 33102-5440

V. **<u>Baptist Outpatient Services</u>**
8950 North Kendall Drive
Miami, FL 33176
(786) 662-7008
TIN # [redacted]

P.O. Box 025528
Miami, FL 33102-5528

- Baptist Outpatient Center
  (Outpatient Diagnostics)
  8950 North Kendall Drive
  Miami, FL 33176
  (786) 596-7201
  (305) 595-3759
  TIN # [redacted]

  P.O. Box 025528
  Miami, FL 33102-5528

- Baptist Medical Plaza at Palmetto Bay
  (Outpatient Diagnostics)
  8750 S.W. 144th Street
  Miami, FL 33176
  **Outpatient Diagnostics:** (305) 412-2929
  TIN # [redacted]

  P.O. Box 025528
  Miami, FL 33102-5528

- Baptist Medical Plaza at Westchester
  (Outpatient Diagnostics)
  8840 S.W. 40th Street, Suite 300
  Miami, FL 33165
  **Outpatient Diagnostics:** (786) 596-3880
  Fax: (786) 596-3881
  TIN # [redacted]

  P.O. Box 025528
  Miami, FL 33102-5528

- Baptist Medical Plaza at Coral Gables
  (Outpatient Diagnostics)
  329 Giralda Avenue
  Coral Gables, FL 33134
  (786) 596-3870
  Fax: (786) 596-3871
  TIN # [redacted]

  P.O. Box 025528
  Miami, FL 33102-5528

REDACTED

**Exhibit C Continued**

- Baptist Medical Plaza at Doral
(Outpatient Diagnostics/
Health Resource Center)
9915 N.W. 41 Street
Miami, FL 33178
**Outpatient Diagnostics:** (786) 596-3820
Fax: (786) 596-3821
TIN # [redacted]
P.O. Box 025528
Miami, FL 33102-5528

- Baptist Medical Plaza at Miami Lakes
(Outpatient Diagnostics
14701 NW 77th Avenue
Miami Lakes, FL 33014
**Outpatient Diagnostics:** (786) 662-0720
Fax: (786) 662-0721
TIN # [redacted]
P.O. Box 025528
Miami, FL 33102-5528

- Baptist Medical Plaza at Tamiami Trail
(Outpatient Diagnostics)
14660 S.W. 8th Street, #100
Miami, FL 33184
**Outpatient Diagnostics:** (786) 596-4200
Fax: (786) 596-4201
TIN # [redacted]
P.O. Box 025528
Miami, FL 33102-5528

- Baptist Medical Plaza at Country Walk
(Outpatient Diagnostics)
13500 S.W. 152nd Street
Miami, FL 33177
TIN # [redacted]
P.O. Box 025528
Miami, FL 33102-5528

- Baptist Medical Plaza at Coral Springs
(Outpatient Diagnostics)
6264 W. Sample Rd
Suite 100
Coral Springs, FL 33067
(954) 837-1020
Fax: (954) 837-1021
TIN # [redacted]
P.O. Box 025528
Miami, FL 33102-5528

- Baptist Mammography Center at Macy's
(Diagnostic Services)
9100 S.W. 136th Street
Miami, FL 33176 (Macy's at the Falls)
(786) 596-2486
Fax: (786) 596-2664
TIN # [redacted]
P.O. Box 025528
Miami, FL 33102-5528

**Exhibit C Continued** REDACTED

- Advanced Women's Imaging (n/k/a Baptist Health Breast Center) 6200 Sunset Drive 1st Floor South Miami, FL 33143 TIN #[redacted] — P.O. Box 025528 Miami, FL 33102-5528

- Baptist Medical Plaza at Miami Lakes Sleep Center 14701 N.W. 77th Avenue Miami Lakes, FL 33014 TIN #[redacted] — P.O. Box 025528 Miami, FL 33102-5528

VI. **BHS Ambulatory Surgical Center at Baptist**
d/b/a Medical Arts Surgery Center at Baptist
8940 North Kendall Drive, Suite 201
Miami, FL 33176
(786) 596-2800, Ext. 62800
TIN #[redacted]
P.O. Box 025815
Miami, FL 33102-5815

VII. **Baptist Surgery and Endoscopy Centers**

- Medical Arts Surgery Center at South Miami 6200 Sunset Drive 2nd Floor South Miami, FL 33143 (786) 662-5520 TIN #[redacted] — P.O. Box 100798 Atlanta, GA 30384-0798

- Baptist Endoscopy Center at Kendall a/k/a Galloway Endoscopy Center 7500 SW 87 Avenue Miami, FL 33173 TIN #[redacted] — P.O. Box 100798 Atlanta, GA 30384-0798

VIII. **Mariners Hospital, Inc.**
91500 Overseas Highway
MM91.5
Tavernier, FL 33070
(305) 434-3000
TIN #[redacted]
P.O. Box 025819
Miami, FL 33102-5819

IX. **South Florida Specialty Physicians, Inc.**
TIN # 20-5155995

X. **Coral Gables Specialty Physicians, Inc.**
TIN #[redacted]

XI. **Upper Keys Specialty Physicians, Inc.**
TIN #[redacted]

**Exhibit C Continued**

**XII. Coral Gables Neurosurgical Physicians, Inc.**
TIN #[redacted]

REDACTED

**EXHIBIT D**

**LISTING OF CLIENTS**
See Attached

MIA 353163-4.054290.0011

 

**REDACTED**

## MultiPlan/PHCS Client Listing

*Note: Access may vary at the group level and is either Primary PPO, Complementary, or a combination of the two. This list is proprietary and is made available solely to assist participating network healthcare providers and patients in identifying the health plans that access the PHCS and/or MultiPlan Networks. No other use of this information is authorized. Not all clients participate in every product or in every geographic region. This list is subject to change and is updated monthly. If you have any questions regarding this list, or if you are a network provider and would like to obtain an updated list please call MultiPlan's Service Operations department at 800-546-3887 or send and email to service@multiplan.com.*

**B=both** complementary and primary PPO | **C=complementary** PPO only | **P=primary** PPO only | **V=ValuePoint** only



# REDACTED

| | |
|---|---|
| | C |
| | B |
| | B |
| | C |
| | P |
| C | B |
| | B |
| | B |
| | B |
| | B |
| | B |
| | B |
| | C |
| | C |
| | C |
| | C |
| B | C |
| | C |
| | B |
| | P |
| | P |
| P | C |
| P | C |
| C | C |
| C | C |
| C | C |
| | B |
| | C |
| P | C |
| | C |

Group & Pension Administrators (GPA Holding, Inc.)

| | |
|---|---|
| | B |
| | B |
| | B |
| | B |
| | C |
| | C |
| | B |
| | C |
| | B |
| B | B |
| C | B |
| C | B |
| C | B |
| P | B |
| P | P |
| | C |
| | B |
| county | C |
| ton | C |
| P | C |
| | C |
| | B |
| | C |
| | P |
| | B |
| | P |
| | C |
| | C |
| | C |
| | P |
| LC | B |
| | B |
| | C |
| | P |
| B | C |
| C | B |
| C | B |
| P | B |
| P | B |
| P | B |
| | C |
| | C |
| | C |
| B | C |
| B | B |
| C | B |
| | C |
| | B |
| | B |
| | B |
| ll | C |
| C | C |
| B | B |
| P | B |
| | B |
| C | C |

| | |
|---|---|
| | V |
| ups | C |
| | B |
| | B |
| | P |
| | B |
| | P |
| | C |
| | B |
| | C |
| | C |
| | P |
| | P |
| J | C |
| | C |
| | C |
| | C |
| | C |
| | B |
| | P |
| | C |
| | C |
| | C |
| | B |
| of | P |
| | B |
| | C |
| | C |
| | C |
| | C |
| | B |
| | B |
| | P |
| | P |
| s | C |
| | P |
| | C |
| | C |
| al | C |
| | B |
| | C |
| | C |
| | P |
| | C |
| | C |

**REDACTED**

**B=both** complementary and primary PPO  **C=complementary** PPO only  **P=primary** PPO only  **V=ValuePoint** only

# REDACTED

**B=both** complementary and primary PPO **C=complementary** PPO only **P=primary** PPO only **V=ValuePoint** only