# Exhibit "A"

# Exhibit "A"

**Amy Hoffman**

| | |
|---|---|
| **From:** | Eloisa Fernandez <Fernandez@irlaw.com> |
| **Sent:** | Wednesday, February 06, 2019 3:27 PM |
| **To:** | Amy Hoffman; Megan.Johnson@fisherboyles.com; jl@lklsg.com; ah@lklsg.com; cod@lklsg.com |
| **Cc:** | Matthew Lines |
| **Subject:** | [External Sender]SERVICE OF COURT DOCUMENT - CASE# 1:18-cv-21618-DPG |
| **Attachments:** | 2019-02-06-Baptist Entities Consolidated Supplemental Answers to Def's 1st Set of Interrogs.pdf; 2019-02-06-DOCS PROD. BATES #3282 THRU 3315.pdf |

COURT:  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA, MIAMI DIVISION

CASE#: 1:18-cv-21618-DPG

CASE STYLE:  HOMESTEAD HOSPITAL, INC., ET AL. V. GROUP & PENSION ADMINISTRATORS, INC.

TITLE OF DOCUMENT: 1) PLAINTIFFS CONSOLIDATED SUPPLEMENTAL ANSWERS TO DEFENDANT'S FIRST SET OF INTERROGATORIES

          2) ADDITIONAL DOCUMENTS BEING PRODUCED

SENDER NAME/TEL: MATTHEW L. LINES, ESQ.


*Eli Fernandez*
*Legal Assistant*
*Isicoff Ragatz*
*Courvoisier Center*
*601 Brickell Key Drive, Suite 750*
*Miami, FL  33131*
*Phone: (305) 373-3232*
*Fax: (305) 373-3233*
*Email: fernandez@irlaw.com*



For more information visit: www.irlaw.com

 Reduce, Reuse, Recycle: Please do not print this email unless absolutely necessary.

The information contained in this transmission is attorney privileged and confidential.  It is intended only for the use of the individual or entity named above.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately.

Ex. A Redacted



## MEMORANDUM OF AGREEMENT

**THIS MEMORANDUM OF AGREEMENT** ("Memorandum") is made and entered into as of the 1st day of January, 2010 (the "Effective Date") by and between MultiPlan, Inc. ( "MPI") and Baptist Health South Florida, Inc. on behalf of itself and its affiliates (hereinafter individually and collectively "Hospital").

**WHEREAS**, MPI and Hospital desire to enter into this Memorandum to govern the provision of Hospital Services to Participants.

**NOW THEREFORE**, in consideration of the premises and mutual covenants herein contained and other good and valuable consideration, it is mutually covenanted and agreed by and among the parties as follows:

1

BAPTIST/GROUP PENSION  3295

EX. A Redacted



**III.     Listing of Clients and Network Provider**

MPI will provide to Hospital a list of the Clients that have purchased the Network ("Client Listing") no less frequently than quarterly or more often upon request by Hospital. <u>Exhibit D</u> is a Client listing as of the Effective Date.

2

MPI shall provide Clients an updated and accurate Internet accessible database showing all Network Providers including each entity listed on Exhibit C which may be updated from time to time by Hospital. MPI will make reasonable efforts to encourage Clients to provide incentives for Participants use of Network Providers, consistent with each Client's Health Benefit Program.



3

CONFIDENTIAL

BAPTIST/GROUP PENSION  3297

EX. A Redacted



**X.      Dispute Resolution: General**

In the event that Hospital cannot resolve a dispute with a Client, or Hospital has a question or grievance regarding its rights or obligations under this Memorandum, Hospital shall either:

(a)     Call MPI's Service Operations Department, or

(b)     Provide MPI with written notice specifying the nature of the dispute.  Such notice to MPI shall be in writing and delivered by certified mail/return receipt requested, or by overnight delivery, to:

MultiPlan, Inc.
Service Operations Department
1100 Winter Street
Waltham, MA 02451

4

Ex. A Redacted

Within thirty (30) days of receipt of such notice, the parties will assign the appropriate level of management and staff members who will initiate discussions to seek resolution of the dispute, consistent with the terms of this Memorandum. If the parties are unable to reach resolution within the initial thirty (30) day period, then designees of senior management from each party will have an additional thirty (30) days to resolve the dispute. This additional thirty (30) days time period may be extended by mutual written agreement of the parties. The parties, as mutually agreed to in writing, may include a mediator in such discussions. Neither party shall institute any legal action or proceeding during the initial thirty (30) days time period or the additional thirty (30) days time period or during an extended time period as mutually agreed to in writing until expiration of such agreed upon time periods. Nothing in this Article X shall effect the rights of the parties under Article VIII (Term and Termination).



## XII.   Notice.

Any notice required hereunder shall be in writing and shall be sent by national overnight delivery service (such as Federal Express), or sent by U.S. certified mail, return receipt requested, to the following addresses:

| If to Hospital: | If to MPI: |
|---|---|
| Baptist Health South Florida, Inc. | MultiPlan, Inc. |
| Suite 600 | 115 Fifth Avenue |
| 6855 Red Road | New York, New York 10003-1004 |
| Coral Gables, FL 33143 | Attn.: Office of the President and CEO |
| Attn.: Corporate VP of Managed Care and | |
| Network Development | |

Such notice shall be deemed received (1) if sent by overnight delivery service, on the date of delivery specified by the documentation customarily maintained by such delivery service, and (2) if sent by U.S. certified mail, return receipt requested, on the date indicated on the return receipt.



CONFIDENTIAL

BAPTIST/GROUP PENSION - 3299

Ex. A Redacted



C.   <u>Client Agreements</u>.  MPI agrees that it has entered into agreements with Clients for the use of the Network.  Each agreement between MPI and a Client will obligate the Client to comply with the terms of this Memorandum.

6



G.   <u>Confidentiality</u>.  MPI, Hospital and all Clients shall keep the terms of this Memorandum strictly confidential and shall not disclose to any other party the specific terms of this Memorandum.

**[SIGNATURE PAGE FOLLOWS]**

7

BAPTIST/GROUP PENSION - 3301

EX. A Redacted

**IN WITNESS WHEREOF,** this Memorandum has been entered into by the parties on the day, month and year first written above.

**MPI**

By: _____
Signature

Mark Tabak
Printed Name

President and CEO
Title

1 - 19 - 10
Date

**HOSPITAL**

By: _____
Signature

Eric D. Shretand
Printed Name

Corporate VP
Title

12-18-09
Date

8

Ex. A Redacted

**EXHIBIT A**
**COMPENSATION**

**INPATIENT HOSPITAL SERVICES**
Services will be reimbursed for each applicable entity of Hospital at ███ of that Hospital's Billed Charges, less any co-payment, deductible, and/or co-insurance, if any, specified in the Participant's Benefit Program.

**OUTPATIENT HOSPITAL SERVICES**
Services will be reimbursed for each applicable entity of Hospital at ███ of that Hospital's Billed Charges, less any co-payment, deductible, and/or co-insurance, if any, specified in the Participant's Benefit Program.

**PHYSICIAN SERVICES**
Services will be reimbursed for each applicable entity of Hospital at ███ of that Hospital's Billed Charges, less any co-payment, deductible, and/or co-insurance, if any, specified in the Participant's Benefit Program.

9

Ex. A Redacted

**EXHIBIT B**

AUTHORIZED LOGOS

Clients of MultiPlan use the following logo on member ID cards:



These logos are being replaced starting Summer 2007 but still exist on member ID cards:





You may also see the following logos, which are currently in the process of being phased out of the market:





(primary PPO, CT/MA/RI)                    (primary PPO, WI/MI/MN)

10

## EXHIBIT C
## ENTITIES OF HOSPITAL AS OF 10/09/09

I.   **Baptist Hospital of Miami**
     8900 North Kendall Drive
     Miami, FL 33176
     (786) 596-1960

     ███████████

     P.O. Box 025333
     Miami, FL  33102-5333

- Baptist Medical Plaza at Palmetto Bay
  (Urgent Care)
  8750 S.W. 144th Street
  Miami, FL 33176
  **Urgent Care:** (305) 412-2929

  ████████████

  P.O. Box 025333
  Miami, FL  33102-5333

- Baptist Medical Plaza at Westchester
  (Urgent Care)
  8840 S.W. 40th Street, Suite 300
  Miami, FL 33165
  **Urgent Care:** (786) 596-3890
  Fax: (786) 596-3889

  █████████

  P.O. Box 025333
  Miami, FL  33102-5333

- Baptist Medical Plaza at West Kendall
  (Urgent Care)
  13001 N. Kendall Drive
  Miami, FL 33186
  **Urgent Care:** (786) 596-3800
  Fax: (786) 596-3801
  Health Resource Center (786) 596-3812

  █████████

  P.O. Box 025333
  Miami, FL  33102-5333

- Baptist Medical Plaza at Tamiami Trail
  (Urgent Care)
  14660 S.W. 8th Street, #100
  Miami, FL 33184
  **Urgent Care:** (786) 596-4100
  Fax: (786) 596-4101

  █████████

  P.O. Box 025333
  Miami, FL  33102-5333

- Baptist Medical Plaza at Country Walk
  (Urgent Care)
  13500 S.W. 152 Street
  Miami, FL  33177

  ████████████

  P.O. Box 025333
  Miami, FL  33102-5333

11

Ex. A Redacted

**Exhibit C Continued**

II.   **Doctors Hospital**                                P.O. Box 277520
      5000 University Drive                               Atlanta, GA  30384-7520
      Coral Gables, FL 33146
      (305) 666-2111

███████████████ (SMH d/b/a Doctors Hospital) prior to 7/1/06
               (Doctors Hospital, Inc.) effective 7/1/06

III.  **South Miami Hospital**                            P.O. Box 025615
      6200 S.W. 73rd Street                          Miami, FL  33102-5615
      South Miami, FL 33143
      (786) 662-4000
      ████████████

      • Baptist Medical Plaza at Miami Lakes              P.O. Box 025615
        (Urgent Care)                                     Miami, FL  33102-5615
        14701 NW 77th Avenue
        Miami Lakes, FL 33014
        **Urgent Care:** (786) 662-0700
        Fax: (786) 662-0702
        ████████████████

      • Baptist Medical Plaza at Beacon                   P.O. Box 025615
        (Urgent Care)                                     Miami, FL  33102-5615
        8301 N.W. 12th Street
        Miami, FL 33126
        **Urgent Care:** (786) 596-3860
        Fax: (786)596-3862
        ████████████████

      • Baptist Medical Plaza at Doral                    P.O. Box 025615
        (Urgent Care)                                     Miami, FL  33102-5615
        9915 N.W. 41 Street
        Miami, FL 33178
        **Urgent Care:** (786) 596-3830
        Fax: (786) 596-3829
        ████████████████

      • Baptist Medical Plaza at Coral Springs            P.O. Box 025615
        (Urgent Care)                                     Miami, FL  33102-5615
        6264 W. Sample Rd
        Suite 100
        Coral Springs, FL  33067
        **Urgent Care:** (954) 837-1010
        Fax: (954) 837-1011
        ████████████████

IV.   **Homestead Hospital**                              P.O. Box 025440
      975 Baptist Way                                     Miami, FL  33102-5440
      Homestead, FL 33033
      (786) 243-8000
      ████████████

12

**CONFIDENTIAL**                              **BAPTIST/GROUP PENSION - 3306**
                                                                      Ex. A Redacted

**Exhibit C Continued**

- Baptist Medical Plaza at Homestead
  975 Baptist Way
  Homestead, FL 33033
  
  █████████████████

  P.O. Box 025440
  Miami, FL  33102-5440

V.  **Baptist Outpatient Services**
    8950 North Kendall Drive
    Miami, FL 33176
    (786) 662-7008

    █████████████████

    P.O. Box 025528
    Miami, FL  33102-5528

- Baptist Outpatient Center
  (Outpatient Diagnostics)
  8950 North Kendall Drive
  Miami, FL 33176
  (786) 596-7201
  (305) 595-3759

  █████████████████

  P.O. Box 025528
  Miami, FL  33102-5528

- Baptist Medical Plaza at Palmetto Bay
  (Outpatient Diagnostics)
  8750 S.W. 144th Street
  Miami, FL 33176
  **Outpatient Diagnostics:** (305) 412-2929

  █████████████████

  P.O. Box 025528
  Miami, FL  33102-5528

- Baptist Medical Plaza at Westchester
  (Outpatient Diagnostics)
  8840 S.W. 40th Street, Suite 300
  Miami, FL 33165
  **Outpatient Diagnostics:** (786) 596-3880
  Fax: (786) 596-3881

  █████████████████

  P.O. Box 025528
  Miami, FL  33102-5528

- Baptist Medical Plaza at Coral Gables
  (Outpatient Diagnostics)
  329 Giralda Avenue
  Coral Gables, FL 33134
  (786) 596-3870
  Fax: (786) 596-3871

  █████████████████

  P.O. Box 025528
  Miami, FL  33102-5528

13

Ex. A Redacted

**Exhibit C Continued**

- Baptist Medical Plaza at Doral
  (Outpatient Diagnostics/
  Health Resource Center)
  9915 N.W. 41 Street
  Miami, FL 33178
  **Outpatient Diagnostics:** (786) 596-3820
  Fax: (786) 596-3821

  P.O. Box 025528
  Miami, FL 33102-5528

- Baptist Medical Plaza at Miami Lakes
  (Outpatient Diagnostics
  14701 NW 77th Avenue
  Miami Lakes, FL 33014
  **Outpatient Diagnostics:** (786) 662-0720
  Fax: (786) 662-0721

  P.O. Box 025528
  Miami, FL 33102-5528

- Baptist Medical Plaza at Tamiami Trail
  (Outpatient Diagnostics)
  14660 S.W. 8th Street, #100
  Miami, FL 33184
  **Outpatient Diagnostics:** (786) 596-4200
  Fax: (786) 596-4201

  P.O. Box 025528
  Miami, FL 33102-5528

- Baptist Medical Plaza at Country Walk
  (Outpatient Diagnostics)
  13500 S.W. 152nd Street
  Miami, FL 33177

  P.O. Box 025528
  Miami, FL 33102-5528

- Baptist Medical Plaza at Coral Springs
  (Outpatient Diagnostics)
  6264 W. Sample Rd
  Suite 100
  Coral Springs, FL 33067
  (954) 837-1020
  Fax: (954) 837-1021

  P.O. Box 025528
  Miami, FL 33102-5528

- Baptist Mammography Center at Macy's
  (Diagnostic Services)
  9100 S.W. 136th Street
  Miami, FL 33176 (Macy's at the Falls)
  (786) 596-2486
  Fax: (786) 596-2664

  P.O. Box 025528
  Miami, FL 33102-5528

14

Ex. A Redacted

**Exhibit C Continued**

- Advanced Women's Imaging
  (n/k/a Baptist Health Breast Center)
  6200 Sunset Drive
  1st Floor
  <u>South Miami, FL 33143</u>

  P.O. Box 025528
  Miami, FL  33102-5528

- Baptist Medical Plaza at Miami Lakes
  Sleep Center
  14701 N.W. 77th Avenue
  <u>Miami Lakes, FL 33014</u>

  P.O. Box 025528
  Miami, FL  33102-5528

  ████████

VI.    <u>**BHS Ambulatory Surgical Center at Baptist**</u>
d/b/a Medical Arts Surgery Center at Baptist
8940 North Kendall Drive, Suite 201
Miami, FL 33176
<u>(786) 596-2800, Ext. 62800</u>

P.O. Box 025815
Miami, FL  33102-5815

████████████

VII.    <u>**Baptist Surgery and Endoscopy Centers**</u>

- Medical Arts Surgery Center at
  South Miami
  6200 Sunset Drive
  2nd Floor
  South Miami, FL  33143
  (786) 662-5520

  P.O. Box 100798
  Atlanta, GA  30384-0798

  ████████

- Baptist Endoscopy Center at Kendall
  a/k/a Galloway Endoscopy Center
  7500 SW 87 Avenue
  <u>Miami, FL  33173</u>

  P.O. Box 100798
  Atlanta, GA  30384-0798

  ████████

VIII.    <u>**Mariners Hospital, Inc.**</u>
91500 Overseas Highway
MM91.5
Tavernier, FL  33070
(305) 434-3000

P.O. Box 025819
Miami, FL  33102-5819

████████████

IX.    **South Florida Specialty Physicians, Inc.**

████████

X.    **Coral Gables Specialty Physicians, Inc.**

████████

XI.    **Upper Keys Specialty Physicians, Inc.**

████████

15

Ex. A Redacted

**Exhibit C Continued**

**XII.**  **Coral Gables Neurosurgical Physicians, Inc.**

16

Ex. A  Redacted

**EXHIBIT D**

**LISTING OF CLIENTS**
See Attached

MIA 353163-4.054290.0011

17

Ex. A Redacted

 

**MultiPlan/PHCS Client Listing**

*Note: Access may vary at the group level and is either Primary PPO, Complementary, or a combination of the two. This list is proprietary and is made available solely to assist participating network healthcare providers and patients in identifying the health plans that access the PHCS and/or MultiPlan Networks. No other use of this information is authorized. Not all clients participate in every product or in every geographic region. This list is subject to change and is updated monthly. If you have any questions regarding this list, or if you are a network provider and would like to obtain an updated list please call MultiPlan's Service Operations department at 800-546-3887 or send and email to service@multiplan.com.*

| B=both complementary and primary PPO | C=complementary PPO only | P=primary PPO only | V=ValuePoint only |

8/26/2009

Page 1 of 4

**CONFIDENTIAL**

BAPTIST/GROUP PENSION - 3312

Ex. A Redacted

B=both complementary and primary PPO        C=complementary PPO only        P=primary PPO only        V=ValuePoint only



Group & Pension Administrators (GPA Holding, Inc.) .............. P

**CONFIDENTIAL**                                    **BAPTIST/GROUP PENSION - 2213**

Ex. A Redacted

B=both complementary and primary PPO          C=complementary PPO only          P=primary PPO only          V=ValuePoint only



CONFIDENTIAL                                          BAPTIST/GROUP PENSION -3314

EXH A-Redacted

B=both complementary and primary PPO          C=complementary PPO only          P=primary PPO only          V=ValuePoint only



CONFIDENTIAL                                    BAPTIST/GROUP PENSION - 3315
                                                                            EX. A Redacted