UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-21618-CIV-GAYLES/OTAZO-REYES

HOMESTEAD HOSPITAL, INC.,
WEST KENDALL BAPTIST HOSPITAL, INC.,
BAPTIST HOSPITAL OF MIAMI, INC.,
SOUTH MIAMI HOSPITAL, INC.,
BHS AMBULATORY SURGERY CENTER AT BAPTIST, LTD.,

    Plaintiffs,

v.

GROUP & PENSION ADMINISTRATORS, INC.,

    Defendant.
_____/

## ORDER

THIS CAUSE came before the Court upon Defendant Group & Pension Administrators, Inc.'s ("Defendant") Notice of Hearing [D.E. 40]. This matter was referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Darrin P. Gayles, United States District Judge [D.E. 13]. The undersigned held a hearing on this matter on May 8, 2019. In accordance with the undersigned's rulings at the hearing, it is

ORDERED AND ADJUDGED as follows:

- As to Defendant's Requests for Production Nos. 3 and 7, Plaintiffs Homestead Hospital, Inc., West Kendall Baptist Hospital, Inc., Baptist Hospital of Miami, Inc., South Miami Hospital, Inc., and BHS Ambulatory Surgery Center at Baptist, Ltd. ("Plaintiffs") shall ensure that all responsive documents have been or will be produced.

- As to Defendant's Request for Production No. 11, that request has been withdrawn.

> ➢ <u>As to the remaining Requests for Production and as to the corresponding Interrogatories</u>, the parties shall promptly hold a conference at which their respective counsel and expert witnesses shall participate. Defendant's expert witness shall disclose what additional information he requires to ensure that his expert report is reliable under *Daubert*; and Plaintiffs shall provide that information to Defendant **within 30 days of the date of this Order**.

DONE AND ORDERED in Chambers at Miami, Florida this 8th day of May, 2019.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc:   United States District Judge Darrin P. Gayles
      Counsel of Record