## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA, MIAMI DIVISION

### Case No. 1:18-cv-21618-DPG

HOMESTEAD HOSPITAL, INC., WEST
KENDALL BAPTIST HOSPITAL, INC.,
BAPTIST HOSPITAL OF MIAMI, INC.,
SOUTH MIAMI HOSPITAL, INC., BHS
AMBULATORY SURGERY CENTER AT
BAPTIST, LTD. D/B/A MEDICAL ARTS
SURGERY CENTER, DOCTORS
HOSPITAL, INC. and BAPTIST
SURGERY AND ENDOSCOPY
CENTERS, LLC,

      Plaintiffs,

v.

GROUP & PENSION
ADMINISTRATORS, INC.,

      Defendant.

_____ /

### DEFENDANT GROUP & PENSION ADMINISTRATORS, INC.'S ANSWER

Defendant, who should be properly identified as Group & Pension Administrators, Inc.,

files this Answer to Plaintiff's Amended Complaint naming "Group & Pension Administrator,

Inc". For its Answer, Defendant responds to the allegations in the Amended Complaint as

follows:

### GENERAL ALLEGATIONS

1.    Defendant admits Plaintiff seeks to recover from Defendant, a third-party administrator

of claims for employee benefit welfare plans, including plans established in accord with the

Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001, *et seq.* ("ERISA"), charges

in excess of each Plans Allowable Claim Limits and denied. Defendant admits Plan members

were entitled to and received benefits per the terms of each member's Plan. Except as admitted, all remaining allegations contained in Paragraph 1 are denied.

***Parties***

2.      Defendant lacks information or knowledge sufficient to form an opinion as to the veracity of the allegations contained in paragraph 2; therefore, Defendant denies the allegations contained in paragraph 2.

3.      Defendant lacks information or knowledge sufficient to form an opinion as to the veracity of the allegations contained in paragraph 3; therefore, Defendant denies the allegations contained in paragraph 3.

4.      Defendant lacks information or knowledge sufficient to form an opinion as to the veracity of the allegations contained in paragraph 4; therefore, Defendant denies the allegations contained in paragraph 4.

5.      Defendant lacks information or knowledge sufficient to form an opinion as to the veracity of the allegations contained in paragraph 5; therefore, Defendant denies the allegations contained in paragraph 5.

6.      Defendant lacks information or knowledge sufficient to form an opinion as to the veracity of the allegations contained in paragraph 6; therefore, Defendant denies the allegations contained in paragraph 6.

7.      Defendant lacks information or knowledge sufficient to form an opinion as to the veracity of the allegations contained in paragraph 7; therefore, Defendant denies the allegations contained in paragraph 7.

8.     Defendant lacks information or knowledge sufficient to form an opinion as to the veracity of the allegations contained in paragraph 8; therefore, Defendant denies the allegations contained in paragraph 8.

9.     Defendant admits the allegations contained in paragraph 9.

### *Jurisdiction and Venue*

10.     Defendant admits it transacts business in Florida. Except as admitted, Defendant denies the allegations contained in paragraph 10.

11.     Defendant admits it transactions business in Florida.  Except as admitted, Defendant denies the allegations contained in paragraph 11.

12.     Defendant admits the court has subject matter jurisdiction, that the amount in controversy exceeds $75,000.00 and the parties are citizens of different states. Except as admitted, Defendant denies the allegations contained in paragraph 12.

13.     Defendant denies the allegations contained in paragraph 13.

### *Relation of the Parties*

14.     Defendant denies the allegations contained in paragraph 14.

15.     Defendant admits it is a third-party administrator of claims for employee benefit welfare plans, including plans established in accord with the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001, *et seq.* ("ERISA") and admits it provides administrative functions per the terms of each member's Plan. Except as admitted, Defendant denies the allegations contained in paragraph 15.

16.     Defendant denies the allegations contained in paragraph 16.

*The Partially Paid Claims*

17.     Defendant admits hospital provided services on the date alleged.  Except as admitted, Defendant denies the allegations contained in paragraph 17.

18.     Defendant admits the patient was a member of a Plan and Defendant provided administrative functions per the terms of the Plan. Except as admitted, Defendant denies the allegations contained in paragraph 18.

19.     Defendant admits hospital provided services on the date alleged and assigned the account number alleged. Except as admitted, Defendant denies the allegations contained in paragraph 19.

20.     Defendant admits the patient was a member of a Plan and Defendant provided administrative functions per the terms of the Plan. Except as admitted, Defendant denies the allegations contained in paragraph 20.

21.     Defendant admits hospital provided services on the date alleged and assigned the account number alleged. Except as admitted, Defendant denies the allegations contained in paragraph 21.

22.     Defendant admits the patient was a member of a Plan and Defendant provided administrative functions per the terms of the Plan. Except as admitted, Defendant denies the allegations contained in paragraph 22.

23.     Defendant admits hospital provided services on the date alleged and assigned the account number alleged. Except as admitted, Defendant denies the allegations contained in paragraph 23.

24.     Defendant admits the patient was a member of a Plan and Defendant provided administrative functions per the terms of the Plan. Except as admitted, Defendant denies the allegations contained in paragraph 24.

25.     Defendant admits hospital provided services on the date alleged and assigned the account number alleged. Except as admitted, Defendant denies the allegations contained in paragraph 25.

26.    Defendant admits the patient was a member of a Plan and Defendant provided administrative functions per the terms of the Plan. Except as admitted, Defendant denies the allegations contained in paragraph 26.

27.    Defendant admits hospital provided services on the date alleged and assigned the account number alleged. Except as admitted, Defendant denies the allegations contained in paragraph 27.

28.    Defendant admits the patient was a member of a Plan and Defendant provided administrative functions per the terms of the Plan. Except as admitted, Defendant denies the allegations contained in paragraph 28.

29.    Defendant admits hospital provided services on the date alleged and assigned the account number alleged. Except as admitted, Defendant denies the allegations contained in paragraph 29.

30.    Defendant admits the patient was a member of a Plan and Defendant provided administrative functions per the terms of the Plan. Except as admitted, Defendant denies the allegations contained in paragraph 30.

31.    Defendant admits hospital provided services on the date alleged and assigned the account number alleged. Except as admitted, Defendant denies the allegations contained in paragraph 31.

32.    Defendant admits the patient was a member of a Plan and Defendant provided administrative functions per the terms of the Plan. Except as admitted, Defendant denies the allegations contained in paragraph 32.

33.    Defendant admits hospital provided services on the date alleged and assigned the account number alleged. Except as admitted, Defendant denies the allegations contained in paragraph 33.

34.    Defendant admits the patient was a member of a Plan and Defendant provided administrative functions per the terms of the Plan. Except as admitted, Defendant denies the allegations contained in paragraph 34.

35.     Defendant admits hospital provided services on the date alleged and assigned the account number alleged. Except as admitted, Defendant denies the allegations contained in paragraph 35.

36.     Defendant admits the patient was a member of a Plan and Defendant provided administrative functions per the terms of the Plan. Except as admitted, Defendant denies the allegations contained in paragraph 36.

37.     Defendant admits hospital provided services on the date alleged and assigned the account number alleged. Except as admitted, Defendant denies the allegations contained in paragraph 37.

38.     Defendant admits the patient was a member of a Plan and Defendant provided administrative functions per the terms of the Plan. Except as admitted, Defendant denies the allegations contained in paragraph 38.

39.     Defendant admits hospital provided services on the date alleged and assigned the account number alleged. Except as admitted, Defendant denies the allegations contained in paragraph 39.

40.     Defendant admits the patient was a member of a Plan and Defendant provided administrative functions per the terms of the Plan. Except as admitted, Defendant denies the allegations contained in paragraph 40.

41.     Defendant admits the patient was assigned the account number alleged. Except as admitted, Defendant denies the allegations contained in paragraph 41.

42.     Defendant admits the patient was a member of a Plan and Defendant provided administrative functions per the terms of the Plan. Except as admitted, Defendant denies the allegations contained in paragraph 42.

43.     Defendant admits the patient was assigned the account number alleged. Except as admitted, Defendant denies the allegations contained in paragraph 43.

44.     Defendant admits the patient was a member of a Plan and Defendant provided administrative functions per the terms of the Plan. Except as admitted, Defendant denies the allegations contained in paragraph 44.

45.     Defendant admits the patient was assigned the account number alleged. Except as admitted, Defendant denies the allegations contained in paragraph 45.

46.     Defendant admits the patient was a member of a Plan and Defendant provided administrative functions per the terms of the Plan. Except as admitted, Defendant denies the allegations contained in paragraph 46.

47.     Defendant admits hospital provided services on the date alleged and assigned the account number alleged. Except as admitted, Defendant denies the allegations contained in paragraph 47.

48.     Defendant admits the patient was a member of a Plan and Defendant provided administrative functions per the terms of the Plan. Except as admitted, Defendant denies the allegations contained in paragraph 48.

49.     Defendant admits hospital provided services on the date alleged and assigned the account number alleged. Except as admitted, Defendant denies the allegations contained in paragraph 49.

50.     Defendant admits the patient was a member of a Plan and Defendant provided administrative functions per the terms of the Plan. Except as admitted, Defendant denies the allegations contained in paragraph 50.

51.     Defendant admits hospital provided services on the date alleged and assigned the account number alleged. Except as admitted, Defendant denies the allegations contained in paragraph 51.

52.     Defendant admits the patient was a member of a Plan and Defendant provided administrative functions per the terms of the Plan. Except as admitted, Defendant denies the allegations contained in paragraph 52.

53.     Defendant admits hospital provided services on the date alleged and assigned the account number alleged. Except as admitted, Defendant denies the allegations contained in paragraph 53.

54.     Defendant admits the patient was a member of a Plan and Defendant provided administrative functions per the terms of the Plan. Except as admitted, Defendant denies the allegations contained in paragraph 54.

55.     Defendant admits hospital provided services on the date alleged and assigned the account number alleged. Except as admitted, Defendant denies the allegations contained in paragraph 55.

56.     Defendant admits the patient was a member of a Plan and Defendant provided administrative functions per the terms of the Plan. Except as admitted, Defendant denies the allegations contained in paragraph 56.

57.     Defendant admits hospital provided services on the date alleged and assigned the account number alleged. Except as admitted, Defendant denies the allegations contained in paragraph 57.

58.     Defendant admits the patient was a member of a Plan and Defendant provided administrative functions per the terms of the Plan. Except as admitted, Defendant denies the allegations contained in paragraph 58.

59.     Defendant admits hospital provided services on the date alleged and assigned the account number alleged. Except as admitted, Defendant denies the allegations contained in paragraph 59.

60.     Defendant admits the patient was a member of a Plan and Defendant provided administrative functions per the terms of the Plan. Except as admitted, Defendant denies the allegations contained in paragraph 60.

61.     Defendant admits hospital provided services on the date alleged.  Except as admitted, Defendant denies the allegations contained in paragraph 61.

62.     Defendant admits the patient was a member of a Plan and Defendant provided administrative functions per the terms of the Plan. Except as admitted, Defendant denies the allegations contained in paragraph 62.

63.     Defendant admits hospital provided services on the date alleged and assigned the account number alleged. Except as admitted, Defendant denies the allegations contained in paragraph 63.

64.     Defendant admits the patient was a member of a Plan and Defendant provided administrative functions per the terms of the Plan. Except as admitted, Defendant denies the allegations contained in paragraph 64.

65.     Defendant denies the allegations contained in paragraph 65.

66.     Defendant denies the allegations contained in paragraph 66.

67.     Defendant lacks information or knowledge sufficient to form an opinion as to the veracity of the allegations contained in paragraph 67; therefore, Defendant denies the allegations contained in paragraph 67.

## ALLEGATIONS COMMON TO ALTERNATIVE COUNTS
## (COUNTS II THROUGH IV)

68.     Defendant admits Hospitals did not have a contract with Defendant. Except as admitted, Defendant denies the allegations contained in paragraph 68.

69.     Defendant denies the allegations contained in paragraph 69.

70.     Defendant admits that Plan members are provided identification cards and that said cards identify GPA.  Except as admitted, Defendant denies the allegations contained in paragraph 70.

71.     Defendant denies the allegations contained in paragraph 71.

72.     Defendant denies the allegations contained in paragraph 72.

73.     Defendant denies the allegations contained in paragraph 73.

74.     Defendant denies the allegations contained in paragraph 74.

75. Defendant denies the allegations contained in paragraph 75.

## COUNT I

### (Breach of Contract)

76. Defendant incorporates its responses to the allegations contained in paragraphs 1 through 75 as if fully set forth herein.

77. Defendant denies the allegations contained in paragraph 77.

78. Defendant denies the allegations contained in paragraph 78.

79. Defendant denies the allegations contained in paragraph 79.

80. Defendant denies the allegations contained in paragraph 80.

81. Defendant denies the allegations contained in paragraph 81.

82. Defendant denies the allegations contained in paragraph 82.

Defendant denies all allegations, claims and demands set forth in Plaintiffs' Wherefore Paragraph.

## COUNT II

### (Breach of Implied-In-Fact Contract)

83. Defendant incorporates its responses to the allegations contained in paragraphs 1 through 82 as if fully set forth herein.

84. Defendant denies the allegations contained in paragraph 84.

85. Defendant admits hospitals did not have a contract with Defendant. Except as admitted, Defendant denies the allegations contained in paragraph 85.

86. Defendant denies the allegations contained in paragraph 86.

87. Defendant denies the allegations contained in paragraph 87.

88.     Defendant admits it regularly and consistently provided administrative functions per the terms of the Plans. Except as admitted, Defendant denies the allegations contained in paragraph 88.

89.     Defendant denies the allegations contained in paragraph 89.

90.     Defendant admits it regularly and consistently provided administrative functions per the terms of the Plans. Except as admitted, Defendant denies the allegations contained in paragraph 90.

91.     Defendant denies the allegations contained in paragraph 91.

92.     Defendant denies the allegations contained in paragraph 92.

Defendant denies all allegations, claims and demands set forth in Plaintiffs' Wherefore Paragraph.

## COUNT III

### (Unjust Enrichment/Breach of Implied-In-Law Contract)

93.     Defendant incorporates its responses to the allegations contained in paragraphs 1 through 92 as if fully set forth herein.

94.     Defendant denies the allegations contained in paragraph 94.

95.     Defendant denies the allegations contained in paragraph 95.

96.     Defendant denies the allegations contained in paragraph 96.

97.     Defendant denies the allegations contained in paragraph 97.

98.     Defendant denies the allegations contained in paragraph 98.

99.     Defendant denies the allegations contained in paragraph 99.

100.    Defendant denies the allegations contained in paragraph 100.

Defendant denies all allegations, claims and demands set forth in Plaintiffs' Wherefore Paragraph.

## COUNT IV

### (Promissory Estoppel)

101.    Defendant incorporates its responses to the allegations contained in paragraphs 1 through 100 as if fully set forth herein.

102.    Defendant denies the allegations contained in paragraph 102.

103.    Defendant denies the allegations contained in paragraph 103.

104.    Defendant denies the allegations contained in paragraph 104.

105.    Defendant denies the allegations contained in paragraph 105.

106.    Defendant denies the allegations contained in paragraph 106.

Defendant denies all allegations, claims and demands set forth in Plaintiffs' Wherefore Paragraph.

Any allegation in Plaintiffs' Amended Complaint not specifically admitted is hereby denied.

## AFFIRMATIVE DEFENSES

1.    Plaintiffs fail to state a claim upon which relief may be granted.

2.    Plaintiffs' claims are preempted by the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. § 1001, *et seq.*

3.    Defendant owes no duty to Plaintiffs or discharged any duty or obligation by processing payment accordance with the terms of the Plans; thus, Plaintiffs' claims are barred by the doctrine of payment.

4.    Plaintiffs failed to exhaust administrative remedies.

5.      Plaintiffs' claims are barred by the doctrine of waiver.

6.      Any alleged damages suffered by Plaintiffs were proximately caused or contributed to by Plaintiffs' own negligence.

7.      By Plaintiffs' own negligence, Plaintiffs have waived, relinquished, or are estopped from asserting its claims against Defendant.

8.      Plaintiffs failed to mitigate any damages allegedly suffered.

9.      Plaintiffs' claims for relief are barred by the doctrine of unjust enrichment.

10.      Plaintiffs' claims are barred by Plaintiffs' own breach of contract.

11.      Plaintiffs' claims are barred by Plaintiffs' failure to satisfy conditions precedent.

12.      Plaintiffs' claims are time-barred.

13.      Defendant reserves the right to amend these affirmative defenses and add new defenses as additional information is discovered.

WHEREFORE, having fully responded to Plaintiffs' Amended Complaint, Defendant prays as follows:

1.      That Plaintiffs' Complaint be dismissed for failure to state a claim upon which relief may be granted;

2.      That Defendant's defenses be inquired into and that the same be sustained;

3.      That Defendant have judgment in its favor and against the Plaintiffs;

4.      That Defendant have a trial by jury;

5.      That Plaintiffs recover nothing against Defendant;

6.      That all costs be taxed against the Plaintiffs;

7.      That Defendant be awarded its reasonable attorney's fees; and

8. That this Court enter such other and further relief as it deems just and proper under the circumstances.

## DEMAND FOR JURY TRIAL

Defendant, Group & Pension Administrators, Inc., demands a trial on all issues so triable.

Dated: July 10, 2019

Respectfully submitted,

FISHERBROYLES, LLP
945 East Paces Ferry Road, Suite 2000
Atlanta, GA 30326
Tel. and Fax: 404-400-4500
Amy.hoffman@fisherbroyles.com
Kris.alderman@fisherbroyles.com

By: /s/Amy M. Hoffman
Amy M. Hoffman
FL Bar No. 35928
Kristopher R. Alderman
GA Bar No. 179645
Appearing *Pro Hac Vice*

LEVINE KELLOGG LEHMAN SCHNEIDER + GROSSMAN LLP
201 S. Biscayne Boulevard
22nd Floor – Miami Center
Miami, Florida 33131
Tel.    (305) 722-8904
Fax    (305) 403-8789

By: /s/Jezabel P. Lima
Jezabel P. Lima
Florida Bar No. 519431
jl@lklsg.com

*Attorneys for Group & Pension Administrators, Inc.*