UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 1:18-cv-21618-DPG**

HOMESTEAD HOSPITAL, INC.,
WEST KENDALL BAPTIST HOSPITAL, INC.,
BAPTIST HOSPITAL OF MIAMI, INC., SOUTH
MIAMI HOSPITAL, INC., BHS AMBULATORY
SURGERY CENTER AT BAPTIST, LTD. D/B/A
MEDICAL ARTS SURGERY CENTER, DOCTORS
HOSPITAL, INC. and BAPTIST SURGERY AND
ENDOSCOPY CENTERS, LLC,

  Plaintiffs,
v.

GROUP & PENSION ADMINISTRATORS, INC.,

  Defendant.
_____/

## MEDIATOR'S REPORT

  In accordance with Local Rule 16.2(f)(1) of the Local Rules, the undersigned Mediator reports that a mediation conference was scheduled for October 11, 2019, all of the parties or their representatives were present, either in person or by telephone and the matter was settled.

           Respectfully Submitted,

           LICHTER LAW FIRM
           2999 NE 191st, Suite 330
           Aventura, FL 33180
           (305) 356-7555

           By: /s/ David Lichter, Esq.
             David H. Lichter, Esq.,
              *Mediator*

*Case No:1:18-cv-21618-DPG*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 14, 2019, I electronically filed the foregoing document with the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically notices of electronic filing.

*Via Email*: lines@irlaw.com

Matthew L. Lines, Esq.
Eric D. Isicoff, Esq.
ISICOFF RAGATZ
601 Brickell Key Drive, Suite 750
Miami, Florida 33131

*Counsel for Plaintiffs*

*Via Email:* jl@lklsh.com

Jezabel P. Lima, Esq.
LEVINE KELLOGG LEHMAN
SCHNEIDER + GROSSMAN LLP
201 S. Biscayne Blvd.
22nd Floor – Miami Center
Miami, FL 33131

 and

*Via Email:* amy.hoffman@fisherbroyles.com

Amy M. Hoffman, Esq.
FISHER BROYLES
945 East Paces Ferry Road NE
Suite 2000
Atlanta, GA 30326

*Counsel for Defendants*

/s/ David Lichter, Esq.
David H. Lichter, Esq.
Florida Bar No. 359122